**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025
```

KENMAR SECURITIES, LLC,

                Plaintiff,

- against -

UFINET LATAM, S.L.U. ET AL.,

                Defendants.

**23 Civ. 3737 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the January 19, 2024, letter informing the Court that the parties have completed the pre-motion letter exchange regarding Respondents' anticipated motion to dismiss and have failed to resolve the issue without resorting to motion practice. (See Pet'r Letter, Jan. 19, 2024.)

    Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters from January 4, 2024, and January 19, 2024, to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:   14 January 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.